UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20786-CIV-HUCK/WHITE

NEVIA ABRAHAM,

    Movant,

vs.

UNITED STATES OF AMERICA
    Respondent,
_____/

**ORDER GRANTING MOTION TO VACATE**

    This matter is before the Court on the Movant, Nevia Abraham's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255 (the "Motion"). Movant challenges his mandatory life sentence for conspiracy to kidnap a postal employee, kidnaping a postal employee, assault on a postal employee, two counts of carrying a firearm in relation to a crime of violence and possession of a firearm by a convicted felon. Central to the Motion is the Movant's life sentence imposed pursuant to 28 U.S.C §3559(c), known as the federal three strikes act.

    In sentencing Movant to a life sentence, the Court found that § 3559(c) applied because Movant's prior escape conviction qualified as one of the three required serious violent felony convictions under the statute. At the time of sentencing, the Court was not aware of, nor did Movant's trial counsel or the government make it aware of, §3559(c)(3)(A), which provides a defendant the opportunity to prove the otherwise facially qualifying conviction does not, in fact, constitute a qualifying conviction.

    The Motion was referred to Magistrate Judge Patrick A. White for his report and recommendations. After holding an evidentiary hearing, Magistrate Judge White issued his report on February 27, 2007. In that report, Magistrate Judge White thoroughly reviewed the applicable law, made detailed findings of fact and recommended that the Motion be granted based on trial counsel's ineffectiveness for failing to raise and argue that Movant's prior escape conviction was not a qualifying serious violent felony conviction under §3559(c) and the resulting prejudice.

In its *de novo* review, the Court has considered Magistrate Judge White's report and the Objection thereto timely filed by the Government on March 9, 2007. The Court agrees with the findings of fact and conclusions set forth in Magistrate Judge White's report. Therefore, the Court adopts the findings, conclusions and recommendation contained in the report. The Court further finds that if it had known of the exception provided in §3559(c)(3)(A), there is a reasonable probability that the outcome of these proceedings would have been more favorable to Movant. Accordingly, the Motion is GRANTED and the judgment of conviction is vacated for resentencing.

DONE AND ORDERED, in Miami, Florida, this 12th day of March, 2007.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All counsel of record